IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

VINCENT MACIEYOVSKI

    Plaintiff,
v.


THE CITY AND COUNTY OF DENVER

    Defendant.

---

## NOTICE OF REMOVAL

---

Defendant THE CITY AND COUNTY OF DENVER by and through its attorneys, Office of the Denver City Attorney, Christopher M.A. Lujan and Robert A. Wolf, Assistant City Attorneys, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this case from the District Court, City and County of Denver, State of Colorado, to the United States District Court for the District of Colorado.

    **AS GROUNDS THEREFORE**, Defendant states as follows:

    1.    Plaintiff commenced this action in the District Court, City and County of Denver, State of Colorado, Case No. 2006-CV-012399 on 01 December 2006.

    2.    The Defendant served the Mayor's Office with a Summons, Complaint and District Court Civil Case Cover Sheet on 08 December 2006.  The Plaintiff's Complaint sets forth claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §

2000e-5.  *See* Plaintiff's Summons, Complaint and District Court Civil Case Cover Sheet, attached as **Exhibit A**.

3. This Notice of Removal is filed within thirty days after service of the Complaint on Defendant and thus is timely filed pursuant to 28 U.S.C. 1446(b).

4. As a result of the assertion of claims for violations of Plaintiff's rights pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5, Plaintiff has presented federal questions over which this Court properly has jurisdiction pursuant to 28 U.S.C. § 1331.  As such, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1443.

5. The Summons, Complaint and District Court Civil Case Cover Sheet are attached hereto, pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.1.

6. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal, a copy of which is attached hereto as **Exhibit B**, was filed with the Clerk of the District Court, City and County of Denver, State of Colorado, and copies thereof were sent to Plaintiff through his counsel.

7. The undersigned counsel represents that there are no additional orders of the Denver District Court issued prior to the Notice of Removal.

**WHEREFORE**, Defendant respectfully request removal of the instant action now pending in the District Court, City and County of Denver, State of Colorado (Case No. 2006-CV-012399) be removed to the United States District Court of the District of

Colorado and that this Court make and enter such further orders as may be necessary and proper.

Respectfully submitted this 27th day of December, 2006.

>DENVER CITY ATTORNEY'S OFFICE
>CHRISTOPHER M.A. LUJAN
>Assistant City Attorney
>
>BY:  /s/Christopher M.A. Lujan
>Christopher M.A. Lujan
>Robert A. Wolf
>Denver City Attorney's Office, Litigation Section
>201 W. Colfax Avenue, Dept. 1108
>Denver, CO 80202-5332
>Telephone:  (720) 913-3100
>Facsimile:   (720) 913-3190
>E-mail: dlefiling.litigation@ci.denver.co.us
>*Attorneys for Defendant*

## CERTIFICATE OF MAILING

I certify that on the 27th day of December, 2006, a copy of the **NOTICE OF REMOVAL** was placed in the U.S. Mail, postage prepaid, to the following:

David R. Medina, Esq.
Theordore P. Watson & Assoc., LLC
1001 S. Monaco Pkwy, Suite 310
Denver, CO 80224

/s/Cristina Peña Helm
Cristina Peña Helm
Office of the Denver City Attorney