

| | |
|---|---|
| DENVER DISTRICT COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | 06 DEC 27 AM 10: 09 |
| Plaintiff:<br>VINCENT MACIEYOVSKI,<br><br>v.<br><br>Defendant:<br>THE CITY AND COUNTY OF DENVER, COLORADO. | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number:  06-CV-012399<br><br>Courtroom:  3 |
| *Attorneys for Defendant the City and County of Denver:*<br><br>CHRISTOPHER M.A. LUJAN, No. 29368<br>ROBERT A. WOLF, No. 31585<br>Assistant City Attorneys<br>Litigation Section<br>201 W. Colfax Ave., Dept. 1108<br>Denver, CO 80202<br>Telephone:  (720) 913-3100<br>Facsimile:   (720) 913-3182<br>chris.lujan@ci.denver.co.us<br>robert.wolf@ci.denver.co.us | |
| **NOTICE OF FILING NOTICE OF REMOVAL** ||

Defendant, the City and County of Denver, by and through its attorneys, Christopher M.A. Lujan and Robert A. Wolf, Assistant City Attorneys, hereby give notice to this Court of removal of the instant action from the State District Court for the City and County of Denver, Colorado to the United States District Court for the District of Colorado, a copy of the Notice of Removal is attached as **Exhibit A**.

**Exhibit B**

Respectfully submitted this 27TH day of December 2006.

                                      CHRISTOPHER M.A. LUJAN
                                      Assistant City Attorney

                                      ROBERT A. WOLF
                                      Assistant City Attorney

By: _____
                                      Christopher M.A. Lujan
                                      Robert A. Wolf
                                      Assistant City Attorneys
                                      201 W. Colfax Ave., Dept. 1108
                                      Denver, CO 80202
                                      Telephone: 720.913.3100
                                      Facsimile: 720.913.3190

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL,** by depositing same in the U.S. mail, postage prepaid, this 27th day of December 2006, to:

David R. Medina, Esq.
Theodore P. Watson & Assoc., LLC
1001 S. Monaco Pkwy., Suite 310
Denver, CO 80224

**VIA INTEROFFICE MAIL:**

Jeffrey Jacob Steinberg
Director, Facilities Management

Candace Lothian
Facilities Superintendent, Team C

Luis Colón
Department of General Services

_____
Office of the Denver City Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

VINCENT MACIEYOVSKI

       Plaintiff,

v.

THE CITY AND COUNTY OF DENVER

       Defendant.

---

## NOTICE OF REMOVAL

---

Defendant THE CITY AND COUNTY OF DENVER by and through its attorneys, Office of the Denver City Attorney, Christopher M.A. Lujan and Robert A. Wolf, Assistant City Attorneys, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this case from the District Court, City and County of Denver, State of Colorado, to the United States District Court for the District of Colorado.

**AS GROUNDS THEREFORE**, Defendant states as follows:

1. Plaintiff commenced this action in the District Court, City and County of Denver, State of Colorado, Case No. 2006-CV-012399 on 01 December 2006.

2. The Defendant served the Mayor's Office with a Summons, Complaint and District Court Civil Case Cover Sheet on 08 December 2006. The Plaintiff's Complaint sets forth claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §

                                                                               Exhibit A

2000e-5. *See* Plaintiff's Summons, Complaint and District Court Civil Case Cover Sheet, attached as **Exhibit A**.

3. This Notice of Removal is filed within thirty days after service of the Complaint on Defendant and thus is timely filed pursuant to 28 U.S.C. 1446(b).

4. As a result of the assertion of claims for violations of Plaintiff's rights pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5, Plaintiff has presented federal questions over which this Court properly has jurisdiction pursuant to 28 U.S.C. § 1331. As such, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1443.

5. The Summons, Complaint and District Court Civil Case Cover Sheet are attached hereto, pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.1.

6. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal, a copy of which is attached hereto as **Exhibit B**, was filed with the Clerk of the District Court, City and County of Denver, State of Colorado, and copies thereof were sent to Plaintiff through his counsel.

7. The undersigned counsel represents that there are no additional orders of the Denver District Court issued prior to the Notice of Removal.

**WHEREFORE**, Defendant respectfully request removal of the instant action now pending in the District Court, City and County of Denver, State of Colorado (Case No. 2006-CV-012399) be removed to the United States District Court of the District of

2

Colorado and that this Court make and enter such further orders as may be necessary and proper.

Respectfully submitted this 27th day of December, 2006.

        DENVER CITY ATTORNEY'S OFFICE
        CHRISTOPHER M.A. LUJAN
        Assistant City Attorney

        BY: /s/Christopher M.A. Lujan
        Christopher M.A. Lujan
        Robert A. Wolf
        Denver City Attorney's Office, Litigation Section
        201 W. Colfax Avenue, Dept. 1108
        Denver, CO 80202-5332
        Telephone: (720) 913-3100
        Facsimile: (720) 913-3190
        E-mail: dlefiling.litigation@ci.denver.co.us
        *Attorneys for Defendant*

## CERTIFICATE OF MAILING

I certify that on the 27th day of December, 2006, a copy of the **NOTICE OF REMOVAL** was placed in the U.S. Mail, postage prepaid, to the following:

David R. Medina, Esq.
Theordore P. Watson & Assoc., LLC
1001 S. Monaco Pkwy, Suite 310
Denver, CO 80224

/s/Cristina Peña Helm
Cristina Peña Helm
Office of the Denver City Attorney

4