**List of State Court Pleadings:**

- Summons *(Exhibit A to Notice of Removal)*

- Complaint *(Exhibit A to Notice of Removal)*

- District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint *(Exhibit A to Notice of Removal)*

- Notice of Filing Notice of Removal *(Exhibit B to Notice of Removal)*