# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file three sets of copies of all state court pleadings not attached to the notice of removal.

## Section A - Plaintiffs

Plaintiff remaining in action at the time of filing the notice of removal

Vincent Macieyovski

## Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal

City and County of Denver

## Section C - Pending Motions As of Date of Removal

Title of Motion:    Date Motion Filed:

NONE
1) _____
2) _____
3) _____
4) _____

(Use reverse for additional information if necessary)

## Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

No hearings are set on any motions

Signature of Attorney for Removing Party
TelephoneNumber: 720-913-3100
Date: 27 DECEMBER 2006
Case No. 2006cv012399 Denver District Court

(Rev. 4/15/02)