# 06-CV-02580

nWed Dec 27 12:48:29 2006

UNITED STATES DISTRICT COURT
DENVER        , CO

Receipt No.   100 273301
Cashier       stacie

C.C. Number: SEE CC REC          02/07

DO Code    Div No
 4613       1

Sub Acct Type Tender      Amount
1:510000  N    4          190.00
2:086900  N    4           60.00
3:086400  N    4          100.00

Total Amount       $      350.00

FROM DENVER CITY ATTORNEYS OFFICE

06-CV-02580, NEW COMPLAINT, SG