IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02580-WDM-BNB

VINCENT MACIEYOVSKI,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Complaint** [docket no. 15, filed March 13, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accepted the attached Amended Complaint for filing.

DATED: March 13, 2007