IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02580-WDM-BNB

VINCENT MACIEYOVSKI,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.
_____

## ORDER
_____

This matter is before me on the defendant's **Motion to Strike Expert Designation** [Doc. # 28, filed 8/21/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

DENIED insofar as it seeks an order striking or limiting the testimony of Jory L. Laine as an expert witness; and

GRANTED to impose the following conditions on that testimony. The plaintiff shall make Mr. Laine available for a deposition by the defendant at a date and time as the parties may agree on or before **October 19, 2007**. The plaintiff shall bear the cost of the court reporter and any expert witness fee in connection with that deposition. The defendant shall have to and including **November 16, 2007**, within which to designate an expert to rebut the opinions of

Mr. Laine and to provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) with respect to any such rebuttal expert.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to and including **December 7, 2007**.

Dated September 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge