IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02580-WDM-BNB

VINCENT MACIEYOVSKI,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's Motion For Leave To File Brief In Excess Of Twenty Pages (Doc #44), filed December 12, 2007 is granted.

Dated: December 13, 2007

                                            s/ Kathy Preuitt-Parks, Deputy Clerk