IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE BOYD N. BOLAND

| | |
|---|---|
| Civil Action No. 06-cv-02580-WDM-BNB | Date: February 1, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

| | |
|---|---|
| VINCENT MACIEYOVSKI, | David Medina |
| | Theodore Watson |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, | Robert Wolf |
| | Christopher Lujan |
| Defendant. | |

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

Court in Session:   8:51 a.m.

Appearance of counsel.

Court's initial comments.

The proposed Pretrial Order was refused

**ORDERED:** **The proposed Pretrial Order was not approved; counsel were directed to submit a proposed Pretrial Order, in accordance with the directions of the Court, by February 22, 2008.**
**Exhibits to be supplemented with Bates numbered exhibits.**

**ORDERED:** **A Supplemental Pretrial Conference is set for February 26, 2008 at 4:00 p.m.**

**ORDERED:** **Plaintiff's motion for sanctions for defendant's failure to disclose witnesses (with citation of authority) filed January 30, 2008; Doc. 63 is denied without prejudice as stated on the record.**

Court in Recess:   9:14 a.m.   Hearing concluded.

Total time in court:   00:23