IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02580-WDM-BNB

VINCENT MACIEYOVSKI,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. I made rulings on the record at the conference, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Proposed Final Pretrial Order [Doc. # 62] is REFUSED for the reasons stated on the record.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed final pretrial order, on or before **February 22, 2008**, modified as discussed at the conference today.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **February 26, 2008, at 4:00 p.m.**, in Courtroom 401, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated February 1, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge